IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EZEQUIEL RIVERA,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-CV-2610** |
| | : | |
| **ACE FIRE UNDERWRITERS** | : | |
| **INSURANCE COMPANY,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 11th day of July, 2024, upon consideration of Plaintiff Ezequiel Rivera's Motion to Proceed *In Forma Pauperis* (Doc. No. 1) and *pro se* Complaint (Doc. No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction and improper venue as discussed in the accompanying Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:


/s/ Karen Spencer Marston
**KAREN SPENCER MARSTON, J.**